## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **MONICA L. HIEGEL,** | |
| **Plaintiff,** | **Case No. 3:16-cv-2575** |
| v. | |
| **KELLY SERVICES INC.,**<br>**15041 FLAG CITY DRIVE,**<br>**FINDLAY, OH 45840** | |
| **JENNIFER BOMER,**<br>**15041 FLAG CITY DRIVE,**<br>**FINDLAY, OH 45840** | |
| **WHIRLPOOL CORPORATION,**<br>**677 WOODLAND DRIVE,**<br>**OTTAWA, OH 45875** | |
| **CHRIS RECKER,**<br>**677 WOODLAND DRIVE,**<br>**OTTAWA, OH 45875** | |
| **ALAN INKROTT,**<br>**677 WOODLAND DRIVE,**<br>**OTTAWA, OH 45875** | |
| **Defendants.** | |

## DEFENDANT WHIRLPOOL CORPORATION'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Whirlpool Corporation ("Whirlpool"), by its counsel, hereby gives notice of the removal of this action from the Court of Common Pleas in Putnam County, Ohio, to the Northern District of Ohio, Western Division, Toledo.  As grounds therefore, Defendant Whirlpool states, as follows:

1.      On September 15, 2016 a civil action was commenced by Plaintiff Monica Hiegel ("Plaintiff") in the Court of Common Pleas in Putnam County, which lies within the United States District Court for the Northern District of Illinois, Western Division.  The Complaint was

docketed as Case No. 2016 CV 00121.  In the Complaint, Plaintiff names Whirlpool Corporation as one of the Defendants.  A copy of the Summons and Complaint, which were served upon Defendant Whirlpool Corporation on September 22, 2016, is attached hereto as **Exhibit A**.

2. No other pleadings or orders have been filed or served in this action.

3. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of receipt of the Complaint by Defendant.  All Defendants who have been served in this action consent to this removal as required by § 1446(b)(2)(A).

4. This Court is the proper forum for removal pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446(a).

5. In her Complaint, Plaintiff indicates that her action is brought "pursuant to Ohio Revised Code § 4112.02, and pursuant to Title VII of the Civil Rights Act of 1964, codified as 42 U.S.C. 2000e-2." (Complaint ¶¶ 2).  Plaintiff's Title VII claims arise under federal law and are subject to federal question jurisdiction pursuant to 28 U.S.C. § 1331.

6. Plaintiff's claims under Ohio law all arise from the same case or controversy giving rise to Plaintiff's claims under Title VII, and thus these claims are within the Court's supplemental jurisdiction under 28 U.S.C. § 1367.  Specifically, all claims alleged in Plaintiff's Complaint arise out of the same common nucleus of operative facts; namely, Plaintiff's employment with, and separation from, Defendant Kelly Services, Inc.  Therefore, this Court has pendent jurisdiction over the state law claims alleged in the Complaint, and the entire case may properly be removed to this Court.  *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966); *Osborn v. Haley*, 127 S. Ct. 881, 896 (2007) (*citing Gibbs*). .

7. Attached as **Exhibit B** is a copy of the Notice to the Clerk of the Court of Common Pleas, Putnam County, Ohio, of the Filing of Notice of Removal, the original of which

2

is being filed with the Clerk of the Court of Common Pleas, Putnam County, Ohio as required by 28 U.S.C. § 1446(d).

8.      Attached as **Exhibit C** is a true and correct copy of the Notice to Adverse Party of Filing of Notice of Removal, the original of which is being served on the following individual, as required by 28 U.S.C. § 1446(d): Jason Flower, Huffman, Kelley, Brock & Gottschalk, LLC, 540 West Market Street, Lima, Ohio, 45801.

9.      True and correct copies of this Notice of Removal with accompanying exhibits and Notice of Removal Directed to State Court are being served upon Plaintiff and filed with the Clerk of the Court of Common Pleas, Putnam County, Ohio, in accordance with the provisions of 28 U.S.C. § 1446(d).

10.      This Notice of Removal has been signed by counsel for the Defendant, in compliance with the requirements of 28 U.S.C. § 1446(a).

WHEREFORE, Defendant respectfully requests that the action now pending in the Court of Common Pleas, Putnam County, Ohio be removed to this Court in accordance with the foregoing statutory provisions.

Dated:  October 21, 2016                    Respectfully submitted,


                                            */s/ Kathryn E. Siegel*
                                            Kathryn E. Siegel
                                            Littler Mendelson, P.C.
                                            321 North Clark St., Suite 1000
                                            Chicago, IL 60654
                                            T:  312.372.5520
                                            F:  312.896.7452
                                            Email:  ksiegel@littler.com

                                            Attorney for Defendant Whirlpool Corporation

## CERTIFICATE OF SERVICE

I, Kathryn E. Siegel, an attorney, hereby certify that on October 21, 2016, a copy of the foregoing ***Defendant Whirlpool Corporation's Notice of Removal*** was served on the attorneys of record below via email and U.S. mail:

Jason Flower
Huffman, Kelley, Brock & Gottschalk, LLC
540 West Market Street
Lima, Ohio 45801
jnf@540westmarket.com

Rick J. Patterson
Potter, DeAgostino, O'Dea & Patterson
2701 Cambridge Court, Ste. 223
Auburn Hills, MI 48326
rjpatterson@potterlaw.com

*/s/ Kathryn E. Siegel*
Kathryn E. Siegel

Firmwide:143306165.1 026440.1000

4